

Carefree Air & Water Management, Inc

Check No. 01242962
Pay Date 04-30-2021

Prestige Employee Administrators II Inc
538 Broadhollow Rd - Suite 311
Melville, NY 11747

**Pay**    Non-negotiable

$0.00

## *** Non-Negotiable ***

**To The**
**Order**
**Of**

William J Pepe
Po box 654
Seldem, NY 11784

---

Carefree Air & Water Management, Inc - 199 Merrick Road - Lynbrook, NY 11563 - 516-599-2848
William J Pepe

| | | | | | |
|---|---|---|---|---|---|
| **SSN#** XXX-XX-2706 | **Period Start Date** 04-19-2021 | **Check Date** | 04-30-2021 | **Federal Filing Status** | SS/Single |
| **EMP#** N43190 | **Period End Date** 04-25-2021 | **Check Number** | 01242962 | **State Filing Status** | S/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 04-25-2021 | REG PAY | 15.0000 | 40.00 | 600.00 |
| 04-25-2021 | Overtime | 22.5000 | 2.50 | 56.25 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| FEDERAL TAX | 45.96 | 45.96 |
| MEDICARE | 9.52 | 13.00 |
| SOC SECURITY | 40.69 | 55.57 |
| NY INCOME TAX | 26.15 | 30.06 |
| NY PFL | 3.35 | 4.58 |

**TOTAL**    42.50    656.25

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REG PAY | 840.00 |
| Overtime | 56.25 |
| TOTAL | $896.25 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $530.58 |
| TOTAL NET PAY | $530.58 |
| TOTAL NET PAY YTD | $747.08 |

TOTAL    125.67    149.17

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 86006 | CHECKING | 530.58 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|

TOTAL DEPOSITED    $530.58    TOTAL    0.00    0.00

Voucher #: 002128 Sort Order: 13