United States Bankruptcy Court

Eastern District of New York

In re:                                                                            Case No. 21-71003-reg

William Joseph Pepe                                                   Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 03, 2021                    Form ID: pdf002                          Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Joseph Pepe, P.O. Box 654, Selden, NY 11784-0669 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| 9975636 | + | Best Egg, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 9975638 | + | Central Hudson, 25 Central Hudson Way, Fishkill, NY 12524-1131 |
| 9975639 | | E-Z Pass Violation Bureau, P.O. Box 52005, Newark, NJ 07101-8205 |
| 9975640 | | Enterprise Rent-A-Car, 3125 vets Memorial Highwa, Suite 2, Ronkonkoma, NY 11779-7644 |
| 9975641 | + | The Easton Press, 47 Richards Ave., Norwalk, CT 06854-2309 |
| 9975643 | + | Tolls by Mail, PO Box 15183, Albany, NY 12212-5183 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 03 2021 18:31:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Jun 03 2021 18:30:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 9975637 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 03 2021 18:39:20 | Capital One, P.O. Box 6492, Carol Stream, IL 60197-6492 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9975642 | *+ | The Easton Press, 47 Richards Ave., Norwalk, CT 06854-2309 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0207-8                                   User: admin                                   Page 2 of 2
Date Rcvd: Jun 03, 2021                               Form ID: pdf002                               Total Noticed: 12

Date: Jun 05, 2021                                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam C Gomerman | on behalf of Debtor William Joseph Pepe adam@longislandlaws.com  gomermanar41943@notify.bestcase.com |
| Robert L. Pryor | on behalf of Trustee Robert L. Pryor rlp@pryormandelup.com  N248@ecfcbis.com |
| Robert L. Pryor | rlp@pryormandelup.com  N248@ecfcbis.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

      PEPE, WILLIAM JOSEPH

              Debtor(s).

Case No.  21-71003
Chapter 7

### NOTICE OF TELEPHONIC SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the section 341 meeting of creditors in the above-captioned case, scheduled for 07/08/21 at 09:00am will take place at the same date and time but will be held telephonically.  <u>NO PERSONAL APPEARANCES PERMITTED</u>

### INSTRUCTIONS TO PARTICIPATE VIA TELEPHONE:

1.  All parties wishing to appear shall dial into the 341meeting using the following dialing instructions:

      Meeting Dial-in No. **866-453-7352;** Participant Code: **9739493**#

2.  Parties should call in promptly at the time listed above.

3.  Telephonic appearances shall be conducted in accordance with the UST's current applicable procedures for telephonic meetings.

4.  **IDENTIFICATION** - No later than one day prior to the 341 meeting, the debtor and/or their counsel are required to transmit via secure method (such as trustee's portal, encrypted email, etc.) imaged copy of the identification and proof of social security number. Identification documents must be in accordance with current applicable procedures.

5.  **ADMINISTRATION OF OATH** - Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by licensed notary public or person authorized to administer oaths. This form must be returned to the trustee immediately following the 341 meeting.

6.  If strict compliance with the procedures set forth in #5 above are not possible or practicable under the circumstances, the trustee can administer the oath telephonically **ONLY IF PRIOR TO THE 341 MEETING** debtor's attorney submits a declaration confirming that: (a) the attorney previously met with the debtor in-person; and (b) the attorney examined the debtor's original identification documents and social security number.

7.  In every case, the trustee must receive <u>one</u> of these declarations, fully completed and signed.

      Robert L. Pryor, Chapter 7 Trustee
      Pryor & Mandelup, LLP
      675 Old Country Road
      Westbury, NY 11590
      Telephone No.: (516) 997-0999
      Email: rlp@pryormandelup.com