Certificate Number: 15317-NYE-DE-035790191

Bankruptcy Case Number: 21-71003



15317-NYE-DE-035790191

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2021, at 9:00 o'clock PM PDT, William Pepe completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date:  June 26, 2021                    By:      /s/Janice Morla

                                        Name:  Janice Morla

                                        Title:  Counselor