United States Bankruptcy Court

Eastern District of New York

In re:                                                                    Case No. 21-71003-reg

William Joseph Pepe                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0207-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: 318DF7 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Joseph Pepe, P.O. Box 654, Selden, NY 11784-0669 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| 9975636 | + | Best Egg, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 9975638 | + | Central Hudson, 25 Central Hudson Way, Fishkill, NY 12524-1131 |
| 9975639 | | E-Z Pass Violation Bureau, P.O. Box 52005, Newark, NJ 07101-8205 |
| 9975640 | | Enterprise Rent-A-Car, 3125 vets Memorial Highwa, Suite 2, Ronkonkoma, NY 11779-7644 |
| 9975641 | + | The Easton Press, 47 Richards Ave., Norwalk, CT 06854-2309 |
| 9975643 | + | Tolls by Mail, PO Box 15183, Albany, NY 12212-5183 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRLPRYOR.COM | Sep 09 2021 22:18:00 | Robert L. Pryor, Pryor & Mandelup LLP, 675 Old Country Road, Westbury, NY 11590-4513 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 09 2021 18:11:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Sep 09 2021 18:11:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 9975637 | + | EDI: CAPITALONE.COM | Sep 09 2021 22:18:00 | Capital One, P.O. Box 6492, Carol Stream, IL 60197-6492 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Robert L. Pryor, Pryor & Mandelup LLP, 675 Old Country Road, Westbury, NY 11590-4513 |
| 9975642 | *+ | The Easton Press, 47 Richards Ave., Norwalk, CT 06854-2309 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0207-8

Date Rcvd: Sep 09, 2021

User: admin

Form ID: 318DF7

Page 2 of 2

Total Noticed: 13

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021

Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam C Gomerman | on behalf of Debtor William Joseph Pepe adam@longislandlaws.com  gomermanar41943@notify.bestcase.com |
| Robert L. Pryor | on behalf of Trustee Robert L. Pryor rlp@pryormandelup.com  N248@ecfcbis.com |
| Robert L. Pryor | rlp@pryormandelup.com  N248@ecfcbis.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | William Joseph Pepe | Social Security number or ITIN | xxx–xx–2706 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN  _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court    Eastern District of New York

Case number:    8–21–71003–reg

## Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

William Joseph Pepe

**IT IS FURTHER ORDERED**:

- Robert L. Pryor (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: September 9, 2021

s/ Robert E. Grossman
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Official Form 318DF7        **Chapter 7 Order of Discharge and Final Decree**        page 1

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318DF7          **Chapter 7 Order of Discharge and Final Decree**          page 2